**Order entered August 26, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00593-CV

### BROOKE ARMBRISTER, Appellant

### V.

### AMERICAN HONDA FINANCIAL CORPORATION, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00400**

## ORDER

Before the Court is appellant's August 23, 2019 motion to extend time to file corrected

brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 5, 2019.


/s/     KEN MOLBERG
        JUSTICE